IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-SCR

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MIGUEL ZELAYA (37) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion for a sentencing reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 1413).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within thirty (30) days of the entry of this Order.

Signed: January 24, 2025

Robert J. Conrad, Jr.
United States District Judge